UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW U.D. STRAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00607-TWP-DLP |
| | ) | |
| U.S. DISTRICT COURT FOR | ) | |
| THE S. DIST. OF INDIANA | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On March 14, 2018, this Court dismissed this case pursuant to 28 U.S.C. § 1915(e)(2)(B), and entered final judgment against the Plaintiff, Andrew Straw. (Docket # 5, # 6). Straw then filed a motion seeking relief from that judgment, among other things. (Docket #7, "Motion to Strike Dkt 5, for Presiding Judge to Recuse and Transfer to U.S. District Court, N. District of California"). For the reasons stated below, the Court denies Straw's motions.

Straw first asks the presiding judge to recuse herself from his the case. His demand is based on an unsupported allegation that the judge harbors "bias and favoritism in favor of the Indiana Supreme Court and . . . her own court . . . ." (Docket # 7 at 2). This unsubstantiated statement is insufficient basis to warrant recusal. Straw further requests this Court transfer his case to the Northern District of California, claiming that "too many judges in this district are connected to the events involving the Indiana Supreme Court and are absolutely and totally biased against me." (*Id.*). However, here again, Straw cites neither legal authority nor factual basis to support these allegations. Straw has recently made similar requests in other courts, to no avail. *See, e.g.*, *In re Straw*, --- Fed. Appx. ----, 2017 WL 6539217 at *2 (7th Cir. Dec. 21, 2017)

(observing in opinion affirming discipline imposed by district court, "Straw frivolously moved to recuse all judges of this court from hearing his appeal on the ground that, because we have previously ruled against him and taken other administrative action, we are biased. But unfavorable decisions do not warrant recusal or even 'hint at bias.'"), quoting *Khor Chin Lim v. Courtcall Inc.*, 683 F.3d 378, 380 (7th Cir. 2012)). Reaching the same conclusion in this case, the Court DENIES Straw's requests to recuse and transfer.

Straw also asks the Court to "strike" its March 14, 2018 Order dismissing his case, contending that "it denies relief." (Docket # 5 at 2). To the extent this request constitutes a motion for relief from judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure, he must provide grounds for his request for relief, and Straw suggests none. The Court therefore DENIES Straw's motion to strike its prior Order dismissing this case.

In light of the foregoing, IT IS HEREBY ORDERED that Straw's Motion to Strike Dkt. 5, For Presiding Judge to Recuse, and to Transfer to U.S. District Court in N. District of California dkt. [7] is DENIED.

**IT IS SO ORDERED.**

Date: 3/27/2018

*[signature: Tanya Walton Pratt]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Andrew U.D. Straw
1900 E. Golf Rd., Suite 950A
Schaumburg, IL 60173