UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW U.D. STRAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-CV-00607-TWP-DLP |
| | ) |
| U.S. DISTRICT COURT FOR | ) |
| THE S. DIST. OF INDIANA | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff has filed a motion to proceed on appeal without prepayment of the appellate fees of $505.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id*. Respondent has presented no objectively reasonable argument that the disposition of this action was erroneous. In pursuing an appeal, therefore, the Respondent "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, Respondent's appeal is not taken in good faith, and for this reason his Motion for Permission to Appeal *In Forma Pauperis*, dkt. 10, is DENIED.

**IT IS SO ORDERED.**

Date: 4/2/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Andrew U.D. Straw
1900 E. Golf Rd., Suite 950A
Schaumburg, IL 60173